Francisco A. Villegas
fvillegas@cohengresser.com
Joyce E. Kung
jkung@cohengresser.com
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation, | |
| Plaintiffs, | Civil Action No. 1:12cv8022 (TPG) |
| vs. | |
| CORNELL UNIVERSITY, a New York corporation; NEW YORK-PRESBYTERIAN HEALTHCARE SYSTEM, INC., a New York corporation; WEILL CORNELL IMAGING AT NEW YORK PRESBYTERIAN, a New York corporation | |
| Defendant. | |

**NOTICE OF DISMISSAL OF ALL CLAIMS RELATING TO THE USE**
**OF PRODUCTS SOLD BY THE GENERAL ELECTRIC COMPANY**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., AND

IMAGE-BASED SURGICENTER CORPORATION, by and through their respective counsel,

hereby dismiss with prejudice of all claims relating to the use of products sold by the General

Electric Company.  Each party shall bear its own attorneys' fees and costs.


Dated:  December 20, 2012                    Respectfully submitted,


By: _____
        Francisco A. Villegas
        Joyce E. Kung
        COHEN & GRESSER LLP
        800 Third Avenue, 21st Floor
        New York, New York 10022
        Telephone: 212-957-7600
        Fax:  212-957-4514
        fvillegas@cohengresser.com
        jkung@cohengresser.com


        Attorneys for Plaintiffs Neurography Institute
        Medical Associates, Inc., Neurografix and
        Image-Based Surgicenter Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing NOTICE OF DISMISSAL OF ALL CLAIMS RELATING TO THE USE OF PRODUCTS SOLD BY THE GENERAL ELECTRIC COMPANY was served on the Defendants by sending copies by electronic mail to:

| | |
|---|---|
| James R. Kahn<br>Deputy University Counsel<br>Office of University Counsel<br>Weill Medical College of Cornell University<br>445 East 69th Street<br>New York, NY 10021<br>Telephone: (212) 746-0463<br>jkahn@med.cornell.edu | Attorney for Defendants Cornell University and Weill Cornell Imaging at New York-Presbyterian |
| Edward A. Pisacreta<br>Associate General Counsel<br>Office of Legal Affairs and Risk Management<br>525 East 68th Street, Box 88<br>New York, NY 10065<br>Telephone: (212) 746-1724<br>Email: edp9018@nyp.org | Attorneys for Defendant New York-Presbyterian Healthcare System, Inc. |

Dated:  December 20, 2012.

_____

Francisco Villegas